UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-234-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERTO LOPEZ-GOMEZ | **ORDER** |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's filing at docket entry no. 49 be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the filing at docket entry no. 49 to counsel for all parties.

SO ORDERED.

This the 3rd day of April, 2015.

_____
Honorable Louise W. Flanagan
United States District Judge