> **Motion DENIED.**
>
> This the 23rd day of December, 2015.
>
> /s/Louise W. Flanagan, U.S. District Judge

```
                    FILED
                   NOV 3 0 2015
            JULIE RICHARDS JOHNSTON, CLERK
              US DISTRICT COURT, EDNC
            BY_____ DEP CLK
```

THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
NORTH CAROLINA

ROBERTO LOPEZ-GOMEZ
PETITIONER

DATE: 11-19-2015

V

CASE NO: 5:14-CR-234-1FL-FLANAGAN

UNITED STATES
DEFENDANT

PRO SE

THIS MOTION WITH EXHIBITS FOR A SENTENCING MODIFICATION IS BROUGHT FORWARD FOR VIOLATION OF 8 USC 1228(a) A VIOLATION OF THE 4th AMMENDMENT FOR HOLDING A PERSON WITHOUT BAIL. IT ALSO ASK FOR A SENTENCE REDUCTION FOR A VIOLATION OCCURRING UNDER 18 USC 3624(a) and 18 USC 3624 (c) AND SPECIFICALY THE PETITIONER IS REQUESTING A DOWNWARD DEPARTURE AND SENTENCE MODIFICATION IN A CRIMINAL ACTION UNDER SMITH V UNITED STATES 27 F.3d. 649, 655, 307 US. DC.199 ( DC 1994) " BECAUSE A DEPORTABLE ALIEN IS NOT ELIGIBLE FOR SUPERVISED RELEASE AND OTHER PROGRAMS UNDER 18 USC 3624 AND THE COURT MAY DEPART DOWNWARD FOR A FORTUITOUS INCREASE IN THE SEVERITY OF HIS SENTENCE." HE ALSO IN A RELATED ISSUE ASK FOR A FURTHER REDUCTION IN HIS SENTENCE FOR A VIOLATION AGAINST HIM UNDER 18 USC 3624(a) BY DELAYING THE RELEASE OF ALL DEPORTABLE ALIENS AT THE END OF THEIR LEGAL SENTENCE. THERE IS A CONSTITUTION VIOLATION ALSO UNDER "THE SECOND CHANCE ACT" PUB.L.NO.110-199 SEC. 3624 WERE UNDER 3621(b) IS A "FAILURE TO EVALUATE" THE PETITIONER FOR A HALFWAY HOUSE. ALSO NOW A BIVENS ACTION UNDER 42 USC 1985