UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CR-00234-1-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| ROBERTO LOPEZ-GOMEZ | ) | |

THIS CAUSE came on to be heard and was heard upon Defendant's Motion to Seal Docket Entry __. The Court is of the opinion that this motion should be filed under seal in the interest of justice.

IT IS, THEREFORE, ORDERED that the requested documents be sealed and filed under seal.

This 17 day of November, 2026.

J. Dever

THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE